UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLY CARL LYONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAN SCULLY, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-00713 DAD P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis. Plaintiff has not submitted his in forma pauperis request on a proper form.

   Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's March 18, 2014 motion for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

/////

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated:  March 21, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp
Lyon0713.3d