UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLY CARL LYONS, | No. 2:14-cv-0713 DAD P |
| Plaintiff, | |
| v. | ORDER |
| JAN SCULLY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice, because he is "not prepared to litigate this matter at this time." (ECF No. 7 at 1.). Plaintiff's request for the voluntary dismissal of this action will be honored. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1).

Dated: November 20, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lyon0713.59